**FILED**

**Oct 21, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIERA SALGADO TELEKI,<br>MAIRA LISET CHAVEZ,<br>SERGIO MADRIGAL LACAYO, JR.,<br>CELINA MARTINEZ,<br>ANTONIO PALAFOX AGUILAR,<br>ASHLEY MOLINA,<br>FELIX ALEJANDRO,<br>ALEJANDRO CUARENTA,<br>JENNIFER MAGANA,<br>CARLOS ZAMORA,<br>STEPHANIE ALONZO,<br>RICARDO PLASCENCIA,<br>SAMUEL LOPEZ,<br>ANTHONY CHAVEZ, and<br>VERONICA PUENTES,<br><br>Defendants. | CASE NO. 1:25-CR-00099-JLT-SKO<br><br>**ORDER PARTIALLY UNSEALING SECOND SUPERSEDING INDICTMENT; FILE REDACTED COPY** |

The United States, having applied to this Court for the second superseding indictment and arrest warrants for above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and for the arrest warrants with respect to: (1) Maria Liset Chavez; (2) Sergio Madrigal Lacayo, Jr.; (3) Jennifer Magana; (4) Antonio Palafox Aguilar, and (5) Alejandro Cuarenta; (6) Anthony Chavez; (7) Celina Martinez; and (8) Piera Salgado-Teleki; (9) Ashley Molina; (10)

Ricardo Plascencia; (11) Samuel Lopez; (12) Stephanie Alonzo; (13) Carlos Zamora; and (14) Veronica Puentes; and (15) Felix Alejandro, now having been executed and the need for sealing with respect to those defendants have ceased:

IT IS THEREFORE ORDERED that the second superseding indictment and arrest warrants filed in the above-entitled matter shall be unsealed as to defendants: (1) Maria Liset Chavez; (2) Sergio Madrigal Lacayo, Jr.; (3) Jennifer Magana; (4) Antonio Palafox Aguilar, and (5) Alejandro Cuarenta; (6) Anthony Chavez; (7) Celina Martinez; and (8) Piera Salgado-Teleki; (9) Ashley Molina; (10) Ricardo Plascencia; (11) Samuel Lopez; (12) Stephanie Alonzo; (13) Carlos Zamora; and (14) Veronica Puentes; and (15) Felix Alejandro; the United States shall file a copy of the second superseding indictment on the public docket that is redacted to conceal the identity of the co-defendants who have not yet been apprehended. The unredacted indictment shall remain sealed.

Dated: 10/21/25

HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE