HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00099-4 JLT-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| PIERA SALGADO TELEKI, | |
| *Defendant,* | |

Defendant Piera Salgado Teleki, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. The Federal Defenders Office has a conflict.

On October 21, 2025, a Redacted Second Superseding Indictment was issued in the above captioned case. Ms. Teleki had an initial appearance on the allegations in the Northern District of California on October 21, 2025, at which time the Court appointed counsel and ordered Ms. Teleki released, and set her initial appearance in this district for October 31, 2025. Counsel in the Eastern District of California is needed in this matter to provide representation on Ms. Teleki's case going forward.

After reviewing her Financial Affidavit, it is respectfully recommended that CJA panel counsel E. Marshall Hodgkins be promptly appointed *nunc pro tunc* as of October 28, 2025 to represent Ms. Teleki in this district.

DATED: October 28, 2025        */s/ Peggy Sasso*
                               PEGGY SASSO
                               First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel E. Marshall Hodgkins *nunc pro tunc* as of October 28, 2025, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **October 28, 2025**         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE