ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00099-JLT-SKO |
| Plaintiff, | |
| v. | |
| PIERA SALGADO TELEKI,<br>MARIA LISET CHAVEZ,<br>SERGIO MADRIGAL LACAYO, JR.,<br>CELINA MARTINEZ,<br>ANTONIO PALFOX AGUILAR,<br>ASHLEY MOLINA,<br>FELIX ALEJANDRO,<br>ALEJANDRO CUARENTA,<br>JENNIFER MAGANA,<br>CARLOS ZAMORA,<br>STEPHANIE ALONZO,<br>RICARDO PLASCENCIA,<br>SAMUEL LOPEZ, and<br>ANTHONY CHAVEZ, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| Defendants. | |

The parties stipulate as follows:

1.     A grand jury filed a second superseding indictment against the defendants on October 21, 2025, containing eighteen wire fraud and money laundering related counts, and alleging a fraud conspiracy between April 2019 and October 2025. Defendants had their initial appearances, and a status conference was set for January 21, 2026, with time excluded to that date.

2.     The Government produced initial discovery to defendants' counsel.

1

3.    The Government is preparing supplemental discovery and has requested 10 terabyte electronic storage devices from defendants to download and produce the discovery. The Government plans to produce supplemental discovery .

4.    Now, the parties have met and conferred and agree to continue the status conference until May 20, 2026, to further provide defendants with reasonable time necessary for effective preparation, so that the defendants can review the discovery, and for defendants to consider a pre-trial resolution of the case.

5.    The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties agree that the period from January 21, 2026, through May 20, 2026, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: January 15, 2026                                   ERIC GRANT
                                                          United States Attorney


                                                   By:   */s/ Cody Chapple*
                                                          CODY S. CHAPPLE
                                                          Assistant United States Attorney

Dated:  January 12, 2026                           By:   */s/ Marshall Hodgkins III*
                                                          E. Marshall Hodgkins, III
                                                          Attorney for Defendant
                                                          PIERA SALGADO TELEKI


Dated:  January 12, 2026                           By:   /s/ *Christopher R. Cosca*
                                                          Christopher Richard Cosca
                                                          Attorney for Defendant
                                                          MAIRA LISET CHAVEZ


Dated:  January 15, 2026                           By:   /s/    Frederick Philip Cozens
                                                          Frederick Philip Cozens
                                                          Attorney for Defendant
                                                          SERGIO MADRIGAL LACAYO, JR

2

Dated: January 12, 2026                     By:  */s/ Timothy P. Hennesy*
                                                 Timothy P. Hennessy
                                                 Attorney for Defendant
                                                 CELINA MARTINEZ


Dated:  January 12, 2026                    By:  */s/ Daniel L. Harralson*
                                                 Daniel L. Harralson
                                                 Attorney for Defendant
                                                 ANTONIO PALAFOX AGUILAR


Dated:  January 12, 2026                    By:  */s/ Monica Bermudez*
                                                 Monica Bermudez
                                                 Attorney for Defendant
                                                 ASHLEY MOLINA


Dated: January 12, 2026                     By:  */s/ Michael J. Aed*
                                                 Michael J. Aed
                                                 Attorney for Defendant
                                                 FELIX ALEJANDRO


Dated:  January 12, 2026                    By:  */s/ Mia S. Shawwa*
                                                 Mai S. Shawwa
                                                 Attorney for Defendant
                                                 ALEJANDRO CUARENTA


Dated:  January 13, 2026                    By:  */s/ Erin M. Snider*
                                                 Erin M. Snider
                                                 Attorney for Defendant
                                                 JENNIFER MAGANA


Dated:  January 12, 2026                    By:  */s/ David A. Torres*
                                                 David A. Torres
                                                 Attorney for Defendant
                                                 CARLOS ZAMORA


Dated: January 12, 2026                     By:  */s/ Anthony P. Capozzi*
                                                 Anthony P. Capozzi
                                                 Attorney for Defendant
                                                 STEPHANIE ALONZO


Dated: January 14, 2026                     By:  */s/ Robert Conrad Lamanuzzi*
                                                 Robert Conrad Lamanuzzi
                                                 Attorney for Defendant
                                                 RICARDO PLASCENCIA


Dated:  January 14, 2026                    By:  */s/ Roger H. Ponce*
                                                 Roger H. Ponce
                                                 Attorney for Defendant
                                                 SAMUEL LOPEZ

Dated:  January 12, 2026                    By:  _/s/ Eric V. Kersten_____
                                                 Eric Vincent Kersten
                                                 Attorney for Defendant
                                                 ANTHONY CHAVEZ


Dated: January 13, 2026                     By:  _/s/ Alyssa Lily Silvaggi_____
                                                 Alyssa Lily Silvaggi
                                                 Attorney for Defendant
                                                 VERONICA PUENTES


**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance to allow the defendants reasonable time to complete their review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1.      The status conference is continued from January 21, 2026, until **May 20, 2026, at 1:00 p.m. before Magistrate Judge Shiela K. Oberto**; and

2.      The period from January 21, 2026, through May 20, 2026, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 16, 2026**                    /s/ _Sheila K. Oberto_____
                                                 UNITED STATES MAGISTRATE JUDGE

4