**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, CA 93721**
**Phone: (559) 224-1800**
**Fax: (559) 224-1806**
**E-mail: serita@seritarioslaw.com**

Attorney for Defendant PIERA SALGADO TELEKI

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PIERA SALGADO TELEKI.<br>Defendant. | Case No. 1:25-CR-00099-JLT-SAB<br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure Defendant, PIERA TELEKI, hereby requests that this Court proceed in her absence on every occasion that the Court may permit.

Ms. TELEKI agrees that her interests shall be represented at all times by her attorney, Serita Rios, the same as if she were personally present, and requests that this court allow her attorney to represent her interests at all times.

Ms. TELEKI further agrees that notice for her appearance may be accepted by her attorney and will be deemed sufficient notice for her personal appearance.

Dated: August 19, 2026

Respectfully Submitted,

*/s/ Piera Salgado Teleki*

**PIERA SALGADO TELEKI**
(Original Signature will be retained on file.)

Dated: August 19, 2026

Respectfully Submitted,

*/s/ Serita Rios*

**SERITA RIOS**
Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived for the September 2, 2026 hearing only. A further request may be made at the September 2, 2026 hearing for the next hearing, but any waiver will be assessed on a hearing-by-hearing basis only.

IT IS SO ORDERED.

Dated: **August 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge